IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRENDA JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:12-cv-1230 |
| | ) | |
| v. | ) | Judge Terrence F. McVerry |
| | ) | Chief Magistrate Judge Lisa Pupo Lenihan |
| R.R. DONNELLY PRINTING CO., *et al.*, | ) | |
| | ) | ECF Nos. 16 & 24 |
| Defendants. | ) | |
| | ) | |

## **MEMORANDUM ORDER**

Plaintiff commenced this civil action by filing a Motion to Proceed *In Forma Pauperis* which was received by the Clerk of Court on August 27, 2012. The motion was granted and the Clerk then filed the Complaint on August 29, 2012. This case was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. §636(b)(1), and Local Rules of Court 72.C and 72.D.

The Magistrate Judge's Report and Recommendation (ECF No. 24), filed on April 9, 2013, recommended that the Motion to Dismiss (ECF No. 16) filed by Defendant Gerald D. Keeler for lack of personal jurisdiction be granted with prejudice. Service was made on all counsel of record and on Plaintiff at 7235 Meade Street, Apt. 2, Pittsburgh, PA 15208. The parties were informed that in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72.D.2 of the Local Rules of Court, that they had fourteen (14) days to file any objections. No objections were filed to the Report and Recommendation.

After review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

**AND NOW**, this 29th day of April, 2013,

**IT IS HEREBY ORDERED** that the Motion to Dismiss (ECF No. 16) filed by Defendant Gerald D. Keeler under Rule 12(b)(2) for lack of personal jurisdiction is **GRANTED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 24) of Chief Magistrate Judge Lenihan dated April 9, 2013, is adopted as the opinion of the Court.

> BY THE COURT:
>
> s/TERRENCE F. McVERRY
> United States District Judge

cc:   All Counsel of Record
      *Via Electronic Mail*

     Brenda Johnson
     7235 Meade Street, Apt. 2
     Pittsburgh, PA 15208
     *Via First Class U.S. Mail*