IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRENDA JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:12-cv-1230 |
| | ) | |
| v. | ) | Judge Terrence F. McVerry |
| | ) | Magistrate Judge Lisa Pupo Lenihan |
| R. R. DONNELLY PRINTING CO., | ) | |
| | ) | ECF No. 80 |
| Defendant. | ) | |

## MEMORANDUM ORDER

The Complaint was filed in the above captioned case on August 29, 2012, after Plaintiff's Motion to Proceed *In Forma Pauperis* was granted. This case was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. §636(b)(1), and Local Rules of Court 72.C and 72.D.

The Magistrate Judge's Report and Recommendation (ECF No. 96), filed on August 12, 2015, recommended that the Motion for Summary Judgment filed by Defendant R.R. Donnelly Printing Co. (ECF No. 80) be granted. Service of the Report and Recommendation was made on all counsel of record. The parties were informed that in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72.D.2 of the Local Rules of Court, that they had fourteen (14) days to file any objections. No objections have been filed to the Report and Recommendation.

After review of the pleadings and documents filed in the case, together with the Report and Recommendation, the following Order is entered:

**AND NOW**, this 8th day of September, 2015,

**IT IS HEREBY ORDERED** that the Motion for Summary Judgment filed by Defendant R. R. Donnelly Printing Co. (ECF No. 80) is **GRANTED.** The Clerk of Court is directed to enter **Judgment in favor of Defendant, R. R. Donnelly Printing Co.**

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 96) of Magistrate Judge Lenihan, dated August 12, 2015, is adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

**IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

BY THE COURT:

s/ Terrence F. McVerry
TERRENCE F. McVERRY
United States District Judge

cc: All Counsel of Record
 *Via CM/ECF Electronic Mail*